UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMARIS IBELISE DELA ROSA,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY.,

Defendant.

25 CIVIL 10219 (JW)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated October 1, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a hearing and a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York
October 6, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**